FILED
BILLINGS DIV.

2010 DEC 20 AM 11 48

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
STATE OF MONTANA
BILLINGS, DIVISION

| | |
|---|---|
| JAMES MULCAHY,<br><br>Plaintiff,<br><br>vs.<br><br>NABORS WELL SERVICES CO.,<br><br>Defendant. | Cause No.: CV-10-00021-BLG-RFC<br><br>**ORDER TO DISMISS, WITH PREJUDICE** |

Upon Stipulation for Dismissal entered into by Plaintiff-Appellee and Defendant-Appellant and good cause appearing therefore;

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, as fully settled on the merits, with each party to pay their own costs and attorneys fees.

Dated this 20 day of December 2010.

_____
JUDGE

c:   Mark Kovacich
     Steven J. Lehman
     John M. Walker